UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANASTASIO DOMINGUEZ SANTIAGO,<br><br>Petitioner,<br><br>v.<br><br>WARDEN,<br><br>Respondent. | No.  1:26-cv-01879-DAD-CSK (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DENYING RESPONDENT'S MOTIONS TO DISMISS<br><br>(Doc. Nos. 7, 15, 17) |

Petitioner Anastasio Dominguez Santiago is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 1, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted and respondent's motion to dismiss (Doc. Nos. 7, 15) be denied.  (Doc. No. 17.)  Specifically, the magistrate judge found that petitioner was provided a bond hearing on January 6, 2026, was ordered released on bond by the immigration judge, and that petitioner continues to be detained purportedly pursuant to an automatic stay pending appeal of the immigration judge's bond order. (*Id.* at 2.)  The magistrate judge found that respondent had not established that it followed its own

1

regulations to invoke the automatic stay of the bond order. (*Id.* at 9–12.) Accordingly, the magistrate judge recommended the immediate release of petitioner. (*Id.* at 13.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service. (*Id.* at 14.) On June 5, 2026, respondent filed objections which comprise a single sentence stating that it objects for the reasons set forth in its previous briefing. (Doc. No. 18.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 1, 2026 (Doc. No. 17) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (Doc. Nos. 1, 12) is GRANTED as follows:

    a. Respondent is ORDERED to immediately release petitioner Anastasio Dominguez Santiago, A-File No. 221-421-502, from respondent's custody and to return any of petitioner's documents currently in respondent's possession;

    b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner, absent exigent circumstances or respondent prevailing on the appeal pending before the BIA of the order releasing petitioner on bond, unless it provides petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing respondent will bear the burden of demonstrating that petitioner is a danger to the community or a flight risk by clear and convincing evidence;

3. The Clerk of the Court is directed to serve a copy of this order on the Central Valley Annex Detention Facility; and

5.     The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 10, 2026**

_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE